ENTERED ON DOCKET
1/19/00
PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

Civil No. 98-1573 (HL)

ONE 1991 BMW, etc.,
Defendant.

## JUDGMENT

The Court having issued an Opinion and Order on this same date, judgment is hereby entered dismissing this case with prejudice.

IT IS SO ORDERED
In San Juan, Puerto Rico
This 14th day of January, 2000

HECTOR M. LAFFITTE
Chief United States District Judge




AO 72A
(Rev 8/82)